

**NUMBER 13-07-00480-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**HILTON PITTMAN,**                                                        **APPELLANT,**

**v.**

**INTER NATIONAL BANK,**                                              **APPELLEE.**

---

**On Appeal from the 275th District Court
of Hidalgo County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Vela
Memorandum Opinion Per Curiam**

Appellant, Hilton Pittman, and appellee, Inter National Bank, have filed a joint motion to dismiss this appeal. According to the motion, the parties have reached a settlement regarding the matters at issue in this appeal, and accordingly, desire to dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss the appeal is granted, and the appeal is hereby DISMISSED. Pursuant to agreement between the parties, costs will be borne by the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered
and filed this the 13th day of March, 2008.